IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hill, Carol P | Case Number: 07 B 19991 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/1/08 | Filed: 10/27/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,446.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 1,446.00 |
| Totals: | 1,446.00 | 1,446.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 2. | Bank Of New York | Secured | 0.00 | 0.00 |
| 3. | Bank Of New York | Secured | 0.00 | 0.00 |
| 4. | Lighthouse Financial Group | Secured | 2,605.00 | 0.00 |
| 5. | Ocwen Federal Bank FSB | Secured | 1,151.00 | 0.00 |
| 6. | Loan Machine | Unsecured | 1,292.01 | 0.00 |
| 7. | Merrick Bank | Unsecured | 2,003.16 | 0.00 |
| 8. | GMAC Mortgage Corporation | Secured | | No Claim Filed |
| 9. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 10. | Midwest Diagnostic Pathology, SC | Unsecured | | No Claim Filed |
| 11. | Card Processing Center | Unsecured | | No Claim Filed |
| 12. | Check Into Cash | Unsecured | | No Claim Filed |
| 13. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 14. | Cardiothoraeic & Vascular | Unsecured | | No Claim Filed |
| 15. | Village Of Tinley Park | Unsecured | | No Claim Filed |
| 16. | Mid America Cardiovascular Consultants | Unsecured | | No Claim Filed |
| 17. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 18. | Advocate MSO Services | Unsecured | | No Claim Filed |
| 19. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| | | | $ 7,051.17 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Hill, Carol P

Printed:  4/1/08

Case Number:  07 B 19991
Judge:  Goldgar, A. Benjamin
Filed:  10/27/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

